# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **LACONSTANDINE DENISE DABNEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EQUIFAX INFORMATION SERVICES, LLC;** )<br>**EXPERIAN INFORMATION SOLUTIONS,** )<br>**INC.; TRANS UNION, LLC; AND TRUIST** )<br>**BANK** )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 3:23-cv-00286-MHL |

## DEFENDANT TRUIST BANK'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendant Truist Bank ("Truist"), certify that Truist is a wholly owned subsidiary of Truist Financial Corporation, a publicly held corporation trading under the symbol "TFC" on the New York Stock Exchange. No other publicly traded corporation owns 10 percent or more of the stock of Truist.

Dated: May 17, 2023

Respectfully submitted,

/s/ *Katherine E. Lehnen*
Bryan A. Fratkin (VSB No. 38933)
Katherine E. Lehnen (VSB No. 92357)
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com
klehnen@mcguirewoods.com

*Counsel for Defendant Truist Bank*

2

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Katherine E. Lehnen*
Katherine E. Lehnen

*Counsel for Defendant Truist Bank*